UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CitiFinancial Mortgage Co., Inc., | ) | CASE NO. 1:05CV2483 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| Vicky Wallace, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

The Court has been advised that the parties have entered into a Forbearance Plan and that Defendant Vicky Wallace is current in her obligations under the Plan. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed or Defendant has defaulted and further litigation is necessary or (2) alter the terms of settlement and

dismissal upon agreement of the parties.

Further, the Case Management Conference scheduled for February 16, 2006 at 2:30 P.M. is cancelled.

IT IS SO ORDERED.

2/8/06
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge